UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                       CASE NO. 06 B 08576
   RICHARD J HUTERA JR
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-2433
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/19/06 and confirmed on 10/19/06.

2. The case was dismissed after confirmation, 01/11/2008.

3. The Debtor paid a total of $ 20305.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 1838.76 | .00 | 1838.76 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 4588.27 | .00 | 226.38 |
| AMERICAN GENERAL FINANCE | SECURED | 25478.57 | 4069.72 | 8985.72 |
| INDUSTRIAL ACCEPTANCE | SECURED | 8028.00 | .00 | 1916.89 |
| WASHINGTON MUTUAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| AMCA | UNSECURED | NOT FILED | .00 | .00 |
| CULLIGAN | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL CONTROL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| ICS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS AMERICAN WATER | UNSECURED | 1194.12 | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 180.00 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SRV | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ILLINOIS DEPT REVENUE | PRIORITY | 3189.03 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 276.92 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 39933.60 | 3189.03 | 1651.04 | .00 | 44773.67 |

```
PRINCIPAL PAID           12967.75         .00           .00           .00      12967.75
INTEREST PAID             4069.72         .00           .00           .00       4069.72
TOTAL PAID               17037.47         .00           .00           .00      17037.47
```

The Debtor's attorney, ZALUTSKY & PINSKI         , was allowed $   2792.50
and was paid $    346.00   direct and $   2446.50   through the plan.

The Trustee received $    821.03 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 04/18/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE










                                PAGE   2
         CASE NO. 06 B 08576 RICHARD J HUTERA JR